UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HOWARD COHAN, | CASE NO.: 20-cv-05951 |
|     Plaintiff, | INJUNCTIVE RELIEF SOUGHT |
| vs. | |
| HILTON MANAGEMENT, LLC,<br>d/b/a HILTON CHICAGO,<br>    Defendant.<br>_____/ | Honorable Charles R. Norgle, Sr. |

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND MOTION TO VACATE ALL DEADLINES

Plaintiff respectfully notifies the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing settlement terms and an agreement, and ultimately will file a stipulated dismissal with the Court. The parties intend to file a stipulated dismissal as soon as practicable, but respectfully request that the parties be given 30 days to file said dismissal. Accordingly, the parties respectfully request that the Court vacate all deadlines set forth in the December 21, 2020 Waiver of Service (ECF 5).

Jointly submitted this 11th day of February 2021.

| | |
|---|---|
| By: /s/ Robert M. Kaplan | By: /s/ Kevin A. Fritz |
| **Law Offices of Robert M. Kaplan, P.C.** | Seyfarth Shaw, LLP |
| Counsel for the Plaintiff | Counsel for Defendant |
| 1535 W. Schaumburg Rd., Suite 204 | 233 S. Wacker, Ste 8000 |
| Schaumburg, IL 60194 | Chicago, IL 60606 |
| Tel: (847) 895-9151 | Tel.: (312) 460-5000 |
| IL Bar No.: 620621 | IL Bar No.: _____ |
| rmkap@robertkaplanlaw.com | kfritz@seyfarth.com |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on February 11, 2021, he caused the foregoing **JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND MOTION TO VACATE ALL DEADLINES** to be filed with the Clerk of the Court via the Court's electronic case filing/ecf system, which will serve a true and correct copy of the same upon the all counsel of record via electronic mail/notice of filing.

/s/ Robert M. Kaplan

ROBERT M. KAPLAN
LAW OFFICES OF ROBERT M. KAPLAN, P.C.
Attorney for Plaintiff
1535 W. Schaumburg Road, #204
Schaumburg, Illinois 60194
(847) 894-9151
IL Bar No. 6206215
rmkap@robertkaplanlaw.com

F:\Kaplan-Data\KAPLAN\Clients\LITIGATION\COHAN FILES\Open Files\CohanH.No.109.Hilton Chicago\Notice of Settlement. 02 10 21.docx