UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HOWARD COHAN, | CASE NO.: 20-cv-05951 |
| Plaintiff, | INJUNCTIVE RELIEF SOUGHT |
| vs. | |
| HILTON MANAGEMENT, LLC, d/b/a HILTON CHICAGO, | Honorable Charles R. Norgle, |
| Defendant. _____/ | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, **Howard Cohan** ("Plaintiff") and Defendant, Hilton Management, LLC, d/b/a Hilton Chicago, ("Defendant") (Plaintiff and Defendant are collectively referred to as "the Parties"), having entered into a Confidential Settlement Agreement and Release ("Agreement") that resolves all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Attorneys' fees and other recoverable costs and expenses, if any, shall be disbursed as specified by the Parties in their Agreement. The effectiveness of this Stipulation is conditioned upon the Court's dismissing this action with prejudice.

Jointly submitted this 4th day of May, 2021.

[remainder of page intentionally left blank]

Respectfully submitted,

| | |
|---|---|
| By: /s/ Robert M. Kaplan<br>**Law Offices of Robert M. Kaplan, P.C.** | By: /s/ Kevin A. Fritz<br>Seyfarth Shaw, LLP |
| Counsel for the Plaintiff<br>1535 W. Schaumburg Rd., Suite 204<br>Schaumburg, IL 60194<br>Tel: (847) 895-9151<br>IL Bar No.: 620621<br>rmkap@robertkaplanlaw.com | Counsel for Defendant<br>233 S. Wacker, Ste 8000<br>Chicago, IL 60606<br>Tel.: (312) 460-5000<br>IL Bar No.: _____<br>kfritz@seyfarth.com |

### CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on May 4, 2021, he caused the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** to be filed with the Clerk of the Court via the Court's electronic case filing/ecf system, which will serve a true and correct copy of the same upon the all counsel of record via electronic mail/notice of filing.

/s/ Robert M. Kaplan